MARY RUTH YOUNG *v.* LOUIS P. PRICE AND ALLEN L. SOUZA, INDIVIDUALLY AND DOING BUSINESS AS PRICE CONCRETE TANK COMPANY, AN HAWAIIAN COPARTNERSHIP.

No. 4250.

MARCH 20, 1964.

TSUKIYAMA, C. J., CASSIDY, WIRTZ, LEWIS AND MIZUHA, JJ.

*Per Curiam.* The petition for rehearing is granted. Argument, confined to Part "A" of the petition, will be had, without further briefing, on April 14, 1964, at 9 :00 a.m.

Justice Wirtz dissents.

*Ralph E. Corey* (*Clark & Corey* of counsel) for the petition.